■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DERICK GRAMLING, Appellant, v NEW YORK STATE DEPARTMENT OF COR-

RECTIONAL SERVICES, Respondent. [887 NYS2d 922]—Order unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Order of Supreme Court, Wyoming County, Mark H. Dadd, A.J.—Habeas Corpus). Present—Scudder, P.J., Hurlbutt, Martoche, Centra and Peradotto, JJ.